FILED

OCT 12 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

FERMIN SOLIS ANIEL and  -IN PRO SE-
ERLINDA ABIBAS ANIEL
75 Tobin Clark Drive
Hillsborough, CA 94010
Telephone: (650) 284-6417
Facsimile: (650) 571-5829

```
Case # : 09-30452-DMAB
Debtor.: FERMIN SOLIS ANIEL
Judge..: DENNIS MONTALI
Trustee: JANINA ELDER
Chapter: AB
-----------------------------------
Filed  : October 12, 2010  09:33:50
Deputy : SG
Receipt: 30051500
Amount : $150.00
-----------------------------------
```

Fermin and Erlinda Aniel: *Debtors Representing Themselves*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

In Re Chapter 7 Bankruptcy of;

FERMIN SOLIS ANIEL and ERLINDA ABIBAS ANIEL ;

*Debtors*

Bankruptcy Case No. 09-30452 DM

**DEBTORS' MOTION TO COMPEL TRUSTEE TO ABANDON PROPERTIES.**

Date: October 29, 2010
Time: 10:00 a.m.
Courtroom: 22
**Honorable Judge Dennis Montali**

**INTRODUCTION**

COMES NOW, Debtors, Fermin Solis Aniel and Erlinda Abibas Aniel, hereby move the above entitled Court, under 11 U.S.C. 554(b), for an Order Compelling Abandonment of the following real properties:

a. 833 Clearfield Dr., Millbrae, California 94030
b. 1061 Sycamore Drive, Millbrae, California 94030
c. 418 Persia Ave., San Francisco, California 94112
d. 3 Fairmont Dr., Daly City, California 94015
e. 75 Tobin Clark Dr., Hillsborough, California 94010
f. 1881 Earl Ave., San Bruno, California 94066
g. 801 Foothill Drive, San Mateo, California 94402

1

Case: 09-30452   Doc# 247   Filed: 10/12/10   Entered: 10/14/10 14:23:44   Page 1 of 3

Additionally, Debtors hereby move the above entitled Court for an Order Compelling Abandonment of the following lawsuits in relations to the above Real Properties:

    a.    Aniel v. Aurora Loan Services, LLC et. al. Case Number: 10-1042 JSW

    b.    Aniel v. Litton Loan Services et. al. Case Number: 10-0951 SBA

    c.    Aniel v. EMC Mortgage Corporation et. al. Case Number: CIV 499323

**Procedural History**

a.    **Relief From the Automatic Stay**

The following Real Properties have been relieved from the Automatic Stay:

    a.    833 Clearfield Dr., Millbrae, California 94030

    b.    1061 Sycamore Drive, Millbrae, California 94030

    c.    418 Persia Ave., San Francisco, California 94112

    d.    3 Fairmont Dr., Daly City, California 94015

    e.    1881 Earl Ave., San Bruno, California 94066

b.    **Foreclosures**

The following properties have already been foreclosed through a non-judicial Trustee Sale. Debtors allege and believe that each of these non-judicial foreclosures are unlawful and fraudulent.

    a.    833 Clearfield Dr., Millbrae, California 94030

    b.    1061 Sycamore Drive, Millbrae, California 94030

    c.    1881 Earl Ave., San Bruno, California

**Argument**

a.    **Real Properties**

Said Motion is made on the grounds that the said properties are of inconsequential value and are burdensome to the estate. The following real properties have debts that are much greater than the current value of the properties.

estate. Therefore, in order to proceed with the lawsuit, Trustee should be compelled by the Court to abandon the properties.

**Conclusion**

Time is of the essence as many of the property are or will be scheduled for foreclosure. Because of this, Debtors must file appropriate action in order to either stop the foreclosure or file a complaint for monetary damages as it relates to the property. Currently, the Defendants in the Aniel v. Aurora Loan Services, LLC et. al case has moved for the court to dismiss the case because of a lack of standing. In order for the Debtors to continue the case, Trustee must abandon the property.

Respectfully submitted.

Hillsborough, California, for San Francisco, California, October 11, 2010.

Date: 10/11/10

Fermin Solis Aniel, Debtor/Joint Tenant
-Representing Self-

Date: 10/11/10

Erlinda Abibas Aniel, Debtor/Joint Tenant
-Representing Self-